*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided May 8, 2007

## DAMON SCOTT *v.* COMMISSIONER OF CORRECTION

The petitioner Damon Scott's petition for certification for appeal from the Appellate Court, 100 Conn. App. 902 (AC 27138), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Gennaro Bizzaro*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided May 8, 2007